United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3294
_____

James Howard Smith, Trustee of the   *
Estates of Marilyn A. Hanson and   *
Lynne M. Rice,   *
  *
    Plaintiff-Appellant,   *
  *   Appeal from the United States
   v.   *   District Court for the Eastern
  *   District of Arkansas.
Laser, Wilson, Buford & Watts, P.C.;   *
Southern Guaranty Insurance Company;   *    [UNPUBLISHED]
Continental Casualty Insurance   *
Company,   *
  *
    Defendants-Appellees.   *

_____

Submitted: April 15, 1998
Filed: May 5, 1998
_____

Before LOKEN and LAY, Circuit Judges, and PRATT,[1] District Judge.
_____

PER CURIAM.

  Upon review of the overall record, the Findings of Fact and Conclusions of Law made by the District Court, and the briefs filed on appeal in this court, we affirm the

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa, sitting by designation.

judgment of dismissal of the plaintiff's claims based upon the well-reasoned opinion of the District Court.

See 8th Cir. R. 47B.

IT IS SO ORDERED.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.